## MRS. BENJ. F. DINKINS, ETC.
### *v.*
## PRESCOT & MEHERHOFF.

---

Ponce, Law, No. 280.

ON MOTION TO QUASH SUMMONS.

Service—*Idem Sonans.*

 . It is not improper to use initials in a return for service, when the return otherwise shows that the party is the one named in the writ. And "Mehrhoff" is *idem sonans* with "Meherhoff."

Opinion filed January 13, 1914.

---

*Mr. Ed. Flores Colon* for plaintiffs.

*Mr. José C. Ramos* for defendant.

---

NOTE.—On the question of the use of initials instead of Christian name in publication of process, see note in 28 L.R.A.(N.S.) 436.

As to the applicability of the doctrine of *idem sonans* to substituted or constructive service of process, see note in 30 L.R.A.(N.S.) 122.

Dinkins v. Prescot & Meherhoff.

HAMILTON, Judge, delivered the following opinion:

This case was submitted upon a motion to quash the summons. The complaint describes the defendant, Prescot & Meherhoff Company, as a partnership doing business under that name. It does not give the names of the partners, but does say in one of the paragraphs that R. S. Prescot is the business partner of said partnership. The service of summons says: "I have served the annexed writ upon the therein named Prescot & Mehrhoff Company by handing to and leaving a true and correct copy thereof, together with a copy of the complaint and of this return, with R. S. Prescot, a member of said company, personally."

The objection to the service is not quite clear. It may be that it is because initials are used, R. S. Prescot, but he is identified as being a member of said company, and the company is mentioned as being the therein-named company, the papers themselves show that the company is a partnership, and the complaint mentions R. S. Prescot as a member of the partnership; so that the motion would seem to be without merit so far as relates to R. S. Prescot. In the return the name "Prescot & Mehrhoff Company" is spelled differently from the writ itself. "Mehrhoff" is without a second e, and to that extent it is different, but it is *idem sonans*. The return expressly says it is the within-named Prescott & Mehrhoff Company, and the spelling in the writ itself conforms to the complaint.

It seems to the court that the motion to quash the summons should be overruled, and it is so ordered. The defendant is given five days to plead.